PARCKARD, Respondent, v. LYON et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Nathan Parckard, substituted as plaintiff for the Ulster County Savings Institution, against Anna E. Lyon and another.

PER CURIAM. Order reversed, and matter remitted to the Special Term, to inquire whether Anna E. Lyon has been discharged from personal liability upon the bonds or other obligations secured by the mortgages upon the lands in question. If it shall be found that she has been discharged in bankruptcy from such obligations, or if releases from all liability thereupon, including the deficiency judgment herein, be tendered her, and, if tender thereof be declined, the same deposited with the county clerk of Ulster county for her benefit, and proof thereof made to the Special Term, the Special Term is directed to deny the motion; otherwise, to grant the motion for resale herein. No costs.

PEOPLE v. BANK OF STATEN ISLAND. In re MAYER. (Supreme Court, Appellate Division. Third Department. March 26, 1912.) Proceeding by the People of the State of New York against the Bank of Staten Island. In the matter of the judicial settlement of the account of Joseph B. Mayer, as receiver of the Bank of Staten Island. No opinion. Order reversed, without costs, and allowance fixed at $1,000. See, also, 132 N. Y. Supp. 1141.

PEOPLE, Respondent, v. BEVINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Proceeding by the People of the State of New York against Michael Bevins. No opinion. Judgment of conviction (74 Misc. Rep. 377, 134 N. Y. Supp. 212) affirmed.

PEOPLE v. BRAND et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against Wolf Brand and another. No opinion. Motion to dismiss appeal granted, unless appellants comply with terms stated in order. Order filed.

PEOPLE v. COCO. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against Peter M. Coco. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DUTTON. PEOPLE v. DE PRETIE. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Proceedings by the People of the State of New York against Stephen H. Dutton and against James N. De Pretie. No opinions. Motions granted, unless appellant complies with terms stated in order. Order filed. See, also, 132 N. Y. Supp. 1141.

PEOPLE, Respondent, v. GRIFFIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Proceeding by the People of the State of New York against Frank Griffin and another. No opinion. Judgment and order (71 Misc. Rep. 568, 128 N. Y. Supp. 946) affirmed, with costs.

PEOPLE v. KAUL. (Supreme. Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against Albertina Kaul. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. KEITEL. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against Adolph Keitel. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. MAHONEY et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Proceeding by the People of the State of New York against William Mahoney and others. No opinion. Motion to dismiss appeal granted, unless appellants comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. MICHAELSON, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Proceeding by the People of the State of New York against David Michaelson. A. I. Hahn, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. NELSON, Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Proceeding by the People of the State of New York against Alfred Nelson.

PER CURIAM. Motion denied. See, also, 145 App. Div. 680, 130 N. Y. Supp. 488.

BETTS, J., dissents.

PEOPLE, Respondent, v. RINKEL, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Proceeding by the People of the State of New York against Charles Rinkel. C. F. Howe, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed. See, also, 133 N. Y. Supp. 1138.

PEOPLE, Respondent, v. SCHULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Proceeding by the People of the State of New York, against John E. Schultz. No opinion. Motion for leave to appeal (from 134 N. Y. Supp. 293) to the Court of Appeals denied, without costs, on the ground that permission is unnecessary.